# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN SMITH, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 4:18-cv-06690-HSG<br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-1(A) AND FOR EXTENSION OF BRIEFING SCHEDULE ON MOTION TO DISMISS<br><br>Complaint filed: Sept. 28, 2018<br>First Amended Complaint filed: Dec. 28, 2018<br>Current response deadline: Jan. 11, 2019<br>Stipulated response deadline: Jan. 28, 2019 |

/ / /

/ / /

[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-1(A) AND FOR EXTENSION OF BRIEFING SCHEDULE ON MOTION TO DISMISS

# [PROPOSED] ORDER

Having considered the Stipulation to Extend Time to Respond to the First Amended Complaint, and for good cause shown, the Court **GRANTS** the Stipulation and **ORDERS** that Defendant is hereby allowed up to and through January 28, 2019 to file its response to Plaintiff's Initial Complaint/First Amended Complaint by answer, motion or otherwise. The Court also **GRANTS** the parties' proposed briefing schedule.

**IT IS SO ORDERED.**

DATED: January ___11___, 2019       By: _____
                                    The Hon. Haywood S. Gilliam, Jr.
                                    UNITED STATES DISTRICT JUDGE