UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>    Defendant. | Case No. 18-cv-06690-HSG<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 35 |

The parties submitted a proposed schedule on February 8, 2019. *See* Dkt. No. 35. Having considered the parties' proposed schedule, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Class Certification Filing Deadline | October 18, 2019 |
| Opposition Deadline | November 18, 2019 |
| Reply Deadline | December 2, 2019 |
| Class Certification Hearing | December 12, 2019 at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order. This order terminates Docket Number 35.

**IT IS SO ORDERED.**

Dated: 2/14/2019

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge