1 KENT J. SCHMIDT (SBN 195969)
schmidt.kent@dorsey.com
2 NAVDEEP K. SINGH (SBN 284486)
singh.navdeep@dorsey.com
3 DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
4 Costa Mesa, CA 92626
Telephone: (714) 800-1400
5 Facsimile: (714) 800-1499

6 CREIGHTON R. MAGID (*admitted Pro Hac Vice*)
magid.chip@dorsey.com
7 DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900
8 Washington, D.C. 20005
Telephone: (202) 442-3000
9 Facsimile: (202) 442-3199

10 Attorneys for Defendant KEURIG
GREEN MOUNTAIN, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHLEEN SMITH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:18-cv-06690-HSG<br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>CORRECTED **ORDER GRANTING ADMINISTRATIVE MOTION TO MODIFY HEARING AND BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION** (as modified)<br><br>Complaint filed: Sept. 28, 2018<br>First Amended Complaint filed: Dec. 28, 2018 |

/ / /

/ / /

/ / /

CORRECTED **ORDER**

This matter came before the Court for hearing on Defendant Keurig Green Mountain, Inc.'s ("Defendant") Administrative Motion for to modify the hearing date and briefing schedule on Plaintiff's class certification motion currently set for hearing on February 13, 2020. The Court rules as follows:

Good cause having been shown, Defendant's Administrative Motion is hereby **GRANTED**. The hearing on Defendant's Motion to Dismiss the First Amended Class Action Complaint, is continued to March 5, 2020 at 2:00 p.m. in Courtroom 2, 4th Floor, of the above-entitled Court located at the Ronald V. Dellums Federal Building and United States Courthouse, 1301 Clay Street, Oakland, California 94612.

Defendant's opposition is due January 31, 2020.

Plaintiff's reply is due February 14, 2020.

**IT IS SO ORDERED.**

DATED: 1/10/2020

_Haywood S. Gilliam Jr._
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge