LEXINGTON LAW GROUP
Howard Hirsch, State Bar No. 213209
Ryan Berghoff, State Bar No. 308812
Meredyth Merrow, State Bar No. 328337
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
hhirsch@lexlawgroup.com
rberghoff@lexlawgroup.com
mmerrow@lexlawgroup.com

LAW OFFICE OF GIDEON KRACOV
Gideon Kracov, State Bar No. 179815
801 S. Grand Ave., 11th Floor
Los Angeles, CA 90017
Telephone: (213) 629-2071
Facsimile: (213) 623-7755
gk@gideonlaw.net

Attorneys for Plaintiff
KATHLEEN SMITH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN SMITH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>Defendant. | Case No. 4:18-cv-06690-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY HEARING AND BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 6-3** |

1 **ORDER**

2 This matter came before the Court on Plaintiff Kathleen Smith's ("Plaintiff") Motion to

3 modify the hearing and briefing schedule on Plaintiff's motion for class certification pursuant to

4 Local Rule 6-3. The Court rules as follows:

5 Good cause having been shown, Plaintiff's Motion is hereby **GRANTED**. The hearing on

6 Plaintiff's Motion for Class Certification is continued to March 19, 2020 at 2:00 p.m. in

7 Courtroom 2, 4th Floor, of the above-entitled Court located at the Ronald V. Dellums Federal

8 Building and United States Courthouse, 1301 Clay Street, Oakland, California 94612.

9 Plaintiff's Reply is due February 28, 2020.

10 **IT IS SO ORDERED.**

11 DATED: 2/5/2020

12 HAYWOOD S. GILLIAM, JR.
United States District Judge