| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>NOV 25 2020<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KATHLEEN SMITH, on behalf of herself and all others similarly situated,

        Plaintiff-Respondent,

 v.

KEURIG GREEN MOUNTAIN, INC.,

        Defendant-Petitioner.

No.   20-80139

D.C. No. 4:18-cv-06690-HSG
Northern District of California, Oakland

ORDER

Before: CLIFTON and LEE, Circuit Judges.

Petitioner's motion for leave to file a reply in support of the petition for permission to appeal (Docket Entry No. 3) is granted. The reply has been filed.

The court, in its discretion, denies the petition for permission to appeal the district court's September 21, 2020 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

AT/MOATT