LEXINGTON LAW GROUP
Howard Hirsch, State Bar No. 213209
Ryan Berghoff, State Bar No. 308812
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
hhirsch@lexlawgroup.com
rberghoff@lexlawgroup.com

Attorneys for Plaintiff
KATHLEEN SMITH

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN SMITH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>Defendant. | Case No. 4:18-cv-06690-HSG<br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>**SCHEDULING ORDER** |

| | | | |
|---|---|---|---|
| 1 | | **ORDER** | |
| 2 | Having considered the Stipulation regarding the case schedule, the Court **GRANTS** the | | |
| 3 | Stipulation and **SETS** the following schedule: | | |

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Exchange of Opening Expert Reports | June 25, 2021 | July 26, 2021 |
| Exchange of Rebuttal Expert Reports | October 29, 2021 | November 29, 2021 |
| Close of Discovery | November 15, 2021 | December 15, 2021 |
| Dispositive Motion Hearing | January 27, 2022 | January 27, 2022 |
| Pretrial Conference | April 26, 2022 | April 26, 2022 |
| Jury Trial (10 days) | May 16, 2022 | May 16, 2022 |

**IT IS SO ORDERED.**

Dated: June 7, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge