UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KATHLEEN SMITH, | Case No. 18-cv-06690-HSG |
|---|---|
| Plaintiff, | **AMENDED SCHEDULING ORDER** |
| v. | |
| KEURIG GREEN MOUNTAIN, INC., | |
| Defendant. | |

A case management conference was held on July 20, 2021. Having considered the parties' proposals, *see* Dkt. No. 117, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Exchange of Opening Expert Reports | October 26, 2021 |
| Exchange of Rebuttal Expert Reports | February 28, 2022 |
| Close of Discovery | March 15, 2022 |
| Dispositive Motion Hearing Deadline | April 28, 2022, at 2:00 p.m. |
| Pretrial Conference | July 26, 2022 at 3:00 p.m. |
| Jury Trial (10 days) | August 15, 2022, at 8:30 a.m. |

//
//
//
//
//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders.

4   **IT IS SO ORDERED.**

5   Dated: 7/20/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge