LEXINGTON LAW GROUP
Howard Hirsch, State Bar No. 213209
Ryan Berghoff, State Bar No. 308812
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
hhirsch@lexlawgroup.com
rberghoff@lexlawgroup.com

Attorneys for Plaintiff
KATHLEEN SMITH

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN SMITH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>Defendant. | Case No. 4:18-cv-06690-HSG<br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>**SCHEDULING ORDER (as modified)** |

# ORDER

Having considered the Joint Administrative Motion to Stay Proceedings and to Modify the Case Schedule, the Court stays all proceedings and **SETS** the following schedule:

| Event | Deadline |
|---|---|
| Motion for Preliminary Approval of Class Action Settlement | February 24, 2022 |
| Hearing on Motion for Preliminary Approval of Class Action Settlement | March **17**, 2022 **at 2:00 p.m.** |

**IT IS SO ORDERED.**

Dated: October 27, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge