1   LEXINGTON LAW GROUP
    Howard Hirsch, State Bar No. 213209
2   Ryan Berghoff, State Bar No. 308812
    503 Divisadero Street
3   San Francisco, CA 94117
    Telephone: (415) 913-7800
4   Facsimile: (415) 759-4112
    hhirsch@lexlawgroup.com
5   rberghoff@lexlawgroup.com

6   Attorneys for Plaintiff
    KATHLEEN SMITH
7

8

9                    **UNITED STATES DISTRICT COURT**

10            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12   | KATHLEEN SMITH, on behalf of herself and all others similarly situated, | Case No. 4:18-cv-06690-HSG Assigned to Hon. Haywood S. Gilliam, Jr. |
13   |
14   |                         Plaintiff, |
15   |           v.                      | **SCHEDULING ORDER (as modified)** |
16   | KEURIG GREEN MOUNTAIN, INC., |
17   |                         Defendant. |

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2        Having considered the Joint Administrative Motion to Stay Proceedings and to Modify the

3  Case Schedule, the Court stays all proceedings and **SETS** the following schedule:

4

| Event | Deadline |
|---|---|
| Motion for Preliminary Approval of Class Action Settlement | February 24, 2022 |
| Hearing on Motion for Preliminary Approval of Class Action Settlement | March 17, 2022 **at 2:00 p.m.** |

5

6

7

8

9

10

11  **IT IS SO ORDERED.**

12  Dated: October 27, 2021

13  HAYWOOD S. GILLIAM, JR.
             United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28