LEXINGTON LAW GROUP
Howard Hirsch, State Bar No. 213209
Meredyth Merrow, State Bar No. 328337
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
hhirsch@lexlawgroup.com
mmerrow@lexlawgroup.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN SMITH and MATTHEW DOWNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>Defendant. | Case No. 4:18-cv-06690-HSG<br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER RE: SETTLEMENT NOTICE, ADMINISTRATION AND APPROVAL SCHEDULE; AS MODIFIED** |

# ORDER AS MODIFIED

Having considered the parties' stipulation, the Court **SETS** the following schedule:

| Event | Date |
| --- | --- |
| Deadline for Settlement Administrator to commence notice (email, digital and publication) | August 8, 2022 |
| Filing deadline for attorneys' fees and costs motion | September 19, 2022 |
| Filing deadline for incentive payment motion | September 19, 2022 |
| Deadline for Class Members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment | October 24, 2022 |
| Filing deadline for final approval motion | November 3, 2022 |
| Final fairness hearing and hearing on motions | December 8, 2022 at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: July 18, 2022

HAYWOOD S. GILLIAM, JR.
United States District Judge