LEXINGTON LAW GROUP
Howard Hirsch, State Bar No. 213209
Meredyth Merrow, State Bar No. 328337
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
hhirsch@lexlawgroup.com
mmerrow@lexlawgroup.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHLEEN SMITH and MATTHEW DOWNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>Defendant. | Case No. 4:18-cv-06690-HSG<br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER RE: PROVIDING ADDITIONAL NOTICE TO CLASS REGARDING SETTLEMENT** |

**ORDER**

Having considered the Joint Stipulation to Provide Additional Notice to Class Regarding Settlement, the Court **APPROVES** the Stipulation, and hereby **ORDERS** the Settlement Administrator to send a revised additional electronic mail notice to Class Members who purchased the Products directly from Defendant on its website as reflected in the attached **Exhibit 1**.

**IT IS SO ORDERED.**

Dated: October 17, 2022

HAYWOOD S. GILLIAM, JR.
United States District Judge