1

2

3

4

5

LEXINGTON LAW GROUP
Howard Hirsch, State Bar No. 213209
Meredyth Merrow, State Bar No. 328337
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
hhirsch@lexlawgroup.com
mmerrow@lexlawgroup.com

6

*Attorneys for Plaintiffs*

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12

13

KATHLEEN SMITH and MATTHEW
DOWNING, on behalf of themselves and all
others similarly situated,

Case No. 4:18-cv-06690-HSG
Assigned to Hon. Haywood S. Gilliam,
Jr.

14

Plaintiffs,

**ORDER RE: NOTICE ISSUES FOR
CERTAIN CLASS MEMBERS
REGARDING SETTLEMENT**

15

v.

16

KEURIG GREEN MOUNTAIN, INC.,

17

Defendant.

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

1

2  This Court, having held a hearing on December 8, 2022 on Plaintif's Motion for Final

3 Approval and related Motion for Attorneys' Fees, Costs and Service Award, and having

4 considered the Joint Stipulation to Address Notice Issues for Certain Class Members Regarding

5 Settlement, hereby **ORDERS** as follows:

6    1.    The Court APPROVES the Stipulation, and hereby ORDERS the Settlement

7          Administrator to send the electronic mail notice attached hereto as Exhibit 1 to

8          Class Members who did not previously receive such notice and who purchased the

9          Products directly from Defendant on its website.

10   2.    Class Members who receive electronic mail notice pursuant to this Order shall have

11          until January 30, 2023 to file a claim, or to object to or opt out of the Settlement.

12   3.    Notice and administration costs under the Settlement shall not exceed $900,000.

15 **IT IS SO ORDERED.**

17 Dated: 12/21/2022

18                    HAYWOOD S. GILLIAM, JR.
                      United States District Judge