LEXINGTON LAW GROUP
Meredyth Merrow, State Bar No. 328337
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mmerrow@lexlawgroup.com

Attorneys for Plaintiffs
KATHLEEN SMITH and MATTHEW DOWNING

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHLEEN SMITH and MATTHEW DOWNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>Defendant. | Case No. 4:18-cv-06690-HSG<br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>**POST-DISTRIBUTION ACCOUNTING** |

Plaintiffs Kathleen Smith and Matthew Downing ("Plaintiffs") respectfully submit the below Post-Distribution Accounting pursuant to the Northern District of California's Procedural Guidance for Class Action Settlements and the Court's Order Approving Final Settlement and Judgment and Granting Plaintiffs' Motion for Attorneys' Fees, dated February 2, 2023 (Dkt. No. 166).

## **DISCUSSION**

This Court granted final approval of the Settlement pursuant to Federal Rule of Civil Procedure 23(b)(2) on February 2, 2023 (Dkt. No. 166). The Settlement includes injunctive relief, monetary relief for absent class members, payment of attorneys' fees and costs, as well as an incentive award to the plaintiffs.

The injunctive relief set forth in the Settlement provides benefits to the Class by requiring changes to Defendant's Recycling Representation[1] on all labeling, marketing, advertising, and promotional materials for the Challenged Products to indicate that the Challenged Products are not recycled in many communities. This qualifying language must also appear larger and in close proximity to the Recycling Representation. The injunctive relief fully remedies the alleged false representation at the heart of the case, which alleges that Defendant advertised and labeled the Challenged Products as recyclable in many communities, when, in fact, they are not.

In addition to the injunctive relief, the Settlement also authorizes monetary relief for class members in the amount of $10 million. These monetary payments under the Settlement are described in detail in the Declaration of Scott M. Fenwick, Senior Director of Kroll Settlement Administration LLC, the Claim Administrator in this case ("Fenwick Decl."), attached hereto as Exhibit 1.

The Settlement also provided for the recovery of a portion of Class Counsel's attorneys' fees and costs in the amount of $3,568,180 and provides incentive awards to Plaintiff Smith in the amount of $5,000 and to Plaintiff Downing in the amount of $1,000. Fenwick Decl., ¶2.

The Settlement further authorized approval of notice and administration costs not to exceed

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Stipulation of Settlement (the "Settlement Agreement") entered in this Action.

$1,150,000 and the distribution of any residual funds to two *cy pres* recipients: Ocean Conservancy and Consumer Reports, Inc. Fenwick Decl. ¶¶2 and 7.

Dated:   May 20, 2024                              LEXINGTON LAW GROUP

*/s/ Meredyth Merrow*
Meredyth Merrow
Attorneys for Plaintiff

# Exhibit 1

LEXINGTON LAW GROUP
Howard Hirsch, State Bar No. 213209
Meredyth Merrow, State Bar No. 328337
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
hhirsch@lexlawgroup.com
mmerrow@lexlawgroup.com

*Attorneys for Plaintiffs*

DORSEY & WHITNEY LLP
Kent J. Schmidt, State Bar No. 195969
Navdeep K. Singh, State Bar No. 284486
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 800-1400
Facsimile: (714) 800-1499
schmidt.kent@dorsey.com
singh.navdeep@dorsey.com

DORSEY & WHITNEY LLP
Creighton R. Magid *(admitted Pro Hac Vice)*
1401 New York Avenue NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 442-3000
Facsimile: (202) 442-3199
magid.chip@dorsey.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN SMITH and MATTHEW DOWNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>Defendant. | Case No. 4:18-cv-06690-HSG<br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>**DECLARATION OF SCOTT M. FENWICK OF KROLL SETTLEMENT ADMINISTRATION LLC RE: POST-DISTRIBUTION ACCOUNTING** |

I, Scott M. Fenwick, declare as follows:

1.  I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Claim Administrator in the above-captioned case, whose principal office is located at 2000 Market Street, Suite 2700, Philadelphia, Pennsylvania 19103. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Stipulation of Settlement (the "Settlement Agreement") entered in this Action.

knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed to provide a post-distribution accounting to the Court of the $10 million Cash Payment paid by Defendant following entry of the Court's Order Granting Final Approval of Class Action Settlement and Motion for Attorneys' Fees on February 27, 2023 (the "Final Approval Order").

2. The Court's Final Approval Order, among other things, approved the class action settlement and directed the Claim Administrator to implement the order in accordance with the terms of the Settlement Agreement, which included (a) an award of attorneys' fees and costs totaling $3,568,180; (b) a service award of $5,000 to Plaintiff Kathleen Smith and $1,000 to Plaintiff Matthew Downing; (c) approval of notice and administration costs not to exceed $1,150,000; and (d) the distribution of any residual funds to the two *cy pres* recipients.

3. As of May 20, 2024, Kroll has received 1,127,336 timely claims and fourteen (14) late claims. Of the 1,127,350 received, 619,317 have been determined to be Approved Claims and the remaining 508,033 are Rejected Claims.

4. Kroll has calculated the payment amount for each eligible claimant following the allocation guidelines set forth in Section III.B.4 of the Settlement Agreement.

5. On September 11, 2023, Kroll sent rejection notices to 124,242 claimants with Rejected Claims. As agreed to by counsel for the Parties, 383,775 Claim Forms with indicia of fraud were rejected without further action.[2]

6. On September 11, 2023, Kroll issued distribution payments to the 619,317 valid claimants. A copy of the payment letter is attached hereto as **Exhibit A**.

7. Following is a post-distribution and accounting summary.

| Total Class Members identified by Defendant | 1,839,891 |
|---|---|
| Types of notice | Email, Media Publication |
| Notices emailed | 1,839,891 |

---

[2] The remaining sixteen (16) rejected Claim Forms either did not contain contact information for the claimant or were received after rejection notices were sent, and therefore did not receive rejection notices.

| | |
|---|---|
| Undeliverable Email Notices | 309,802 |
| Requests for Exclusion filed | 12 |
| Requests for Exclusion as a percent of the Class | 0.0007% |
| Objections filed | 2 |
| Objections as a percent of the Class | 0.0001% |
| Claim Forms submitted | 1,127,350 |
| Claim Forms as a percent of the Class | 61.3% |
| Cash Payment amount | $10,000,000.00 |
| Administrative fees and costs | $1,092,531.10 |
| Class Counsel fees and costs | $3,568,180.00 |
| Class Counsel fees and costs as a % of the Cash Payment | 35.7% |
| Service awards to Plaintiffs | $6,000 |
| Payment/distribution type | Checks, ACH, Venmo, Zelle, PayPal, E-Mastercard |
| Number of payments | 619,317 |
| Total distributed to Approved Claims | $3,472,143.00 |
| Average payment | $5.61 |
| Median payment | $5.00 |
| Smallest payment | $5.00 |
| Largest payment | $36.00 |
| Checks/payments not cleared | 24,542 |
| Amount of checks/payments not cleared | $127,142.50 |
| Ocean Conservancy payment (75%) | $1,491,218.50 |
| Consumer Reports, Inc. payment (25%) | $497,072.83 |

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on May 20, 2024, in Inver Grove Heights, Minnesota.

_____
SCOTT M. FENWICK

DECLARATION OF SCOTT M. FENWICK RE: POST-DISTRIBUTION ACCOUNTING
*Smith v. Keurig Green Mountain, Inc., Case No. 4:18-cv-06690-HSG*

# Exhibit A

Check Number: <<Check Number>><br>
Check Amount: <<Check Amount>><br>
Check Date: <<mailing date>>

*Smith v. Keurig Green Mountain*
c/o Kroll Settlement Administration
PO Box 225391
New York, NY 10150-5391

<<Refnum Barcode**>>**
Class Member ID: <<RefNum>>
<<First Name>> <<Last Name>>
<<Address1>> <<Address2>>
<<City>>, <<State>> <<Zip>>

Class Member ID:  <<Refnum>>

The attached check represents your full Cash Payment related to *Smith v. Keurig Green Mountain, Inc.,* United States District Court for the Northern District of California, Case No.: 4:18-CV-06690-HSG.

Please be advised that you have until **March 11, 2024,** to negotiate and/or deposit the check. Thereafter, your check shall be deemed void, and you will not be entitled to receive any payment under the Settlement.

You should consult with your tax advisor to determine the tax consequences, if any, of this settlement payment to you.

More information can be found at [www.kcupsrecyclingsettlement.com](www.kcupsrecyclingsettlement.com) or by calling toll-free 833-620-3588. You may also submit inquiries to the Claim Administrator through that website. Inquiries should reference your name, check number, and/or Class Member ID.

**CERTIFICATE OF SERVICE**

I, Meredyth Merrow, an attorney, hereby certify that on May 20, 2024, I caused a complete and accurate copy of the foregoing document to be served via this Court's ECM/ECF notification system, which will serve electronically to all participants in this case.

                                                 */s/ Meredyth Merrow*